UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTON ADAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRAIG KOENIG, et al., <br><br> Defendants. | Case No. 21-cv-08545-JST <br><br> **ORDER TO SHOW CAUSE** <br> Re: ECF No. 70 |

On January 29, 2024, the parties filed a stipulation to establish a pleading schedule. ECF No. 69. The Court grants the parties' stipulated schedule. ECF No. 70. The order stated that "Plaintiffs shall file their Second Amended Complaint by April 1, 2024; Defendants shall file a responsive pleading to Plaintiffs' amended complaint by May 10, 2024; Plaintiffs shall file any opposition to the responsive pleading by June 26, 2024; and Defendants shall file any reply in support of the responsive pleading by July 12, 2024. Any hearing regarding Defendants' responsive pleading shall be heard on August 15, 2024." *Id.*

As of May 21, 2024, Defendants have not filed a responsive pleading to Plaintiffs' amended complaint, which was filed on April 1, 2024. ECF No. 72. Defendants are therefore ordered to show cause why this deadline was missed. A written response to this order is due by May 28, 2024.

**IT IS SO ORDERED.**

Dated: May 21, 2024

_____
JON S. TIGAR
United States District Judge