UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTON ADAMS, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>CRAIG KOENIG, et al.,<br><br>      Defendants. | Case No. 21-cv-08545-JST   (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 134 |

The parties dispute whether a protective order is necessary in this case. Dkt. 134. Plaintiffs generally argue it is not needed; defendants argue it is. *Id.* Because good cause is required for any disputed protective order, the Court would benefit from further briefing on this issue. Defendants are now ordered to file any motion for a protective order by September 12, 2025. *See* Fed. R. Civ. P. 26(c)(1) (a party from whom discovery is sought may move for a protective order). Plaintiffs' response or opposition is due September 26, 2025. Any reply from defendants is due October 3, 2025. The issue will then be deemed submitted unless argument is appropriate.

The Court endeavors to use the Northern District of California's model protective orders, available at https://cand.uscourts.gov/forms/model-protective-orders/. If either party here asks the Court to approve a specific protective order, they must also file either (i) a statement in which they confirm that the proposed protective order doesn't differ in any respect from the model order, or (ii) a redline comparing the proposed protective order with

the model order, along with an explanation of any changes. *See* AGT Civil Standing Order § VII.C.

Accordingly, the relief requested at dkt. 134 is denied without prejudice.

**IT IS SO ORDERED.**

Dated: August 29, 2025

Alex G. Tse
United States Magistrate Judge

2