UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTON ADAMS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CRAIG ALAN KOENIG, et al.,<br><br>　　　　　Defendants. | Case No.  21-cv-08545-JST   (AGT)<br><br>**DISCOVERY ORDER** |

　　　　The undersigned held a hearing today on the pending motion for a protective order, dkt. 143, and proposed discovery plans to facilitate the selection of bellwether plaintiffs. Dkts. 145 & 146.

　　　　The parties are now ordered to meet and confer within ten days of this order regarding the protective order issued at dkt. 76 in *Williams v. California Department of Corrections and Rehabilitation*, No. 21-cv-09586. If the parties can agree to the *Williams* order, or, in the alternative, can agree to specific revisions to the *Williams* order, then they may file a joint proposed order for the Court's review. *See* AGT Civil Standing Order § VII.C. If the parties cannot agree on the terms of a protective order, then each side may file separate proposed orders that are annotated with the justification for each modification. Purely stylistic revisions are discouraged.

By November 21, 2025, the parties are further ordered to meet and confer and to submit an updated joint discovery letter regarding proposed discovery plans.

**IT IS SO ORDERED.**

Dated: November 4, 2025

_____
Alex G. Tse
United States Magistrate Judge