UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTON ADAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRAIG ALAN KOENIG, et al., <br><br> Defendants. | Case No. 21-cv-08545-JST   (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 145, 146, 179, 180 |

Presiding Judge Tigar referred this case to the undersigned for the creation of a discovery plan prior to selections of bellwether plaintiffs. Dkt. 142.[1] Judge Tigar ordered the parties to file a jointly prepared discovery plan identifying precisely what discovery would be required. *Id.* Since then, the parties have made two attempts at a discovery proposal, *see* dkts. 145, 146, 179, & 180, and after hearing the matter, the undersigned now recommends as follows.

Defendants propose to focus on D-Wing, which housed thirteen incarcerated persons involved in Operation Akili (the subject of this lawsuit). Dkt. 179 at 2–3.[2] Of those thirteen, nine are plaintiffs and one is the putative class representative in a related case. *Id.* at 3. Defendants represent that this is a sufficiently large group from which six bellwether plaintiffs might be selected, and there is likely an overlap of witnesses to help streamline discovery.

---

[1] Selection of bellwether plaintiffs is to take place by February 13, 2026. Dkt. 126.
[2] Page numbers correspond to the ECF numbers at the top of each page.

*Id.* Defendants ask the Court to limit discovery to information aimed at selection of bellwether plaintiffs. *Id.* at 3–4.

Plaintiffs oppose limiting discovery to any particular wing and argue that "[d]iscovery will narrow naturally once the bellwether decision is made." Dkt. 180 at 4; *see also* dkt. 146 at 3 ("Plaintiffs cannot commit to limiting the litigation to a particular wing, or make any commitment to anything, without first foundationally establishing who did what."). Plaintiffs' position is untenable. And it does not assist in furthering Judge Tigar's mandate to "identify[ ] the precise discovery each party will take to enable that party to select its proposed bellwether plaintiffs." Dkt. 142.

In the absence of a workable and reasonable plan from Plaintiffs, and in light of Defendants' reasonable proposal, the undersigned recommends adopting Defendants' proposed plan to limit discovery prior to selections of bellwether plaintiffs to the D-Wing.

**IT IS SO ORDERED.**

Dated: December 5, 2025

_____
Alex G. Tse
United States Magistrate Judge